DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail:  davefischer@yahoo.com

Attorney for Defendant
ALONZO STEVE BARNETT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  No. 2:11-CR-00198 MCE |
| | ) |
| Plaintiff, | )  STIPULATION REGARDING |
| | )  EXCLUDABLE TIME PERIODS UNDER |
| | )  SPEEDY TRIAL ACT; FINDINGS AND |
| v. | )  ORDER THEREON |
| | ) |
| ALONZO STEVE BARNETT | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 20, 2012.

2.      By this stipulation, the defendant now moves to continue the status conference until October 25, 2012, and to exclude time between September 20, 2012, and October 25, 2012, under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case

1

includes approximately 260 pages of investigative reports and related documents in electronic form and some audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.      Counsel for the defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.  Additionally, the Court ordered, at the defense's request, Probation to prepare a pre-plea probation report.  The probation officer needs more time to prepare the report.  The defense believes the report may be useful in potentially resolving the case.

c.      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 20, 2012, to October 25, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 18, 2012                                      U.S. ATTORNEY

                                                        by:     /s/ David D. Fischer for
                                                                DANIEL MCCONKIE
                                                                Assistant U.S. Attorney
                                                                Attorney for Plaintiff

Dated: September 18, 2012                                       /s/  David D. Fischer
                                                                DAVID D. FISCHER
                                                                Attorney for Defendant
                                                                ALONZO STEVE BARNETT

**O R D E R**

IT IS SO FOUND AND ORDERED.  The status conference previously set for September 30, 2012 is hereby continued until October 25, 2012 at 9:00 a.m. in Courtroom No. 7.

Dated:  September 25, 2012

                                                        MORRISON C. ENGLAND, JR
                                                        UNITED STATES DISTRICT JUDGE