UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

  v.

ALONZO BARNETT ,

             Defendant.
_____/

Case No. 2:11-CR-00198-01-MCE

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release ALONZO BARNETT, No. 2:11-CR-00198-01-MCE, from custody for the following reasons:

|     |                                                        |
| --- | ------------------------------------------------------ |
| ___ | Release on Personal Recognizance                       |
| ___ | Bail Posted in the Sum of $                            |
| ___ | Unsecured Appearance Bond                              |
| ___ | Appearance Bond with 10% Deposit                       |
| ___ | Appearance Bond with Surety                            |
| ___ | Corporate Surety Bail Bond                             |
|  X  | Other:   pursuant to the time served order of the Court. |

Issued at Sacramento, California on April 23, 2015 at 11:00 a.m.

DATED:   April 23, 2015

_____
MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE