MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-198 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE FOR ADMIT/DENY ON SUPERVISED RELEASE VIOLATION PETITION |
| v. | |
| ALONZO STEVE BARNETT, | DATE: February 15, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

Whereas, there is a presently set status conference for an admit/deny on February 15, 2018, for defendant Alonzo Steve Barnett in this supervised release violation case,

It is hereby requested, stipulated, and agreed by and between the plaintiff United States of America and Barnett, through their respective counsel, that the February 15, 2018, status conference be continued to March 8, 2018, at 10:00 a.m., to allow defense counsel additional time to review materials in the file, consult with Barnett, and allow counsel to prepare Barnett's defense.

DATED: _February 13, 2018    __/s/ Dave Fischer_____
                              DAVE FISCHER
                              Attorney for defendant
                              ALONZO STEVE BARNETT

DATED: February 13, 2018     MCGREGOR W. SCOTT
                             United States Attorney

                             /s/ Samuel Wong
                       By:   _____
                             SAMUEL WONG
                             Assistant United States Attorney

1

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and Good Cause Appearing therefrom, adopts the parties' stipulation in its entirety as its ORDER and hereby continues the February 15, 2018, status conference to March 8, 2018, at 10 a.m.

IT IS SO ORDERED.

Dated: February 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE